STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. AN-
TONIO BARONE, PLAINTIFF IN ERROR.

Argued July 3, 1922—Decided September 29, 1922.

On error to the Supreme Court, whose opinion is reported
in 96 *N. J. L.* 417.

For the defendant in error, *John O. Bigelow.*

For the plaintiff in error, *Alexander Simpson.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD,
BERGEN, MINTURN, BLACK, KATZENBACH, HEPPENHEIMER,
GARDNER, VAN BUSKIRK, JJ.    10.

*For reversal*—None.